9 F.3d 1539
 Edmond (Gwendolyn D.)
v.
Commander Walson Army Hospital (Wach), Edwards (Kathleen
M.), Gilliam (Yvonne), State of New Jersey, Department of
Military and Veterans Affairs, McCormick (Roy), Westpheling
(Ernest D.), U.S. Government/U.S. Army, U.S. Army Physical
Disability Agency, Albertelli (Raymond C.), Byrne (Alan H.),
Bickel (Charles W.), Kilgallon (Joseph D.), Jarboe (Pere),
Wolst (Mack D.), U.S. Army Finance Accounting Center, Klein
(Leland), Stone (Michael P.W.)
 NO. 93-5244
 United States Court of Appeals,
Third Circuit.
 Oct 22, 1993
 
 Appeal From: D.N.J.,
 Parell, J.
 
 
 1
 AFFIRMED.